46077. GAULTNEY v. GAULTNEY.
(372 SE2d 814)

HUNT, Justice.

The trial court dismissed the former wife's complaint for modification of child support, filed less than two years after the final divorce decree, as violative of OCGA § 19-6-19 (a). In *Thorp v. Thorp*, 258 Ga. 220 (367 SE2d 232) (1988), we held that OCGA § 19-6-19 (a) requires a two-year wait for filing a modification petition from a prior modification order, not from the original divorce decree. Accordingly, the complaint was not subject to dismissal.

*Judgment reversed. All the Justices concur.*

Decided October 20, 1988.

*Hagler, Hyles & Badcock, Tasca W. Badcock,* for appellant.
*Lee R. Grogan,* for appellee.